Decided January 25, 2001

### STATE OF CONNECTICUT *v.* BALBIR SINGH

The defendant's petition for certification for appeal from the Appellate Court, 59 Conn. App. 638 (AC 19243), is granted, limited to the following issue:

"Did the prosecutor's cross-examination of the defendant and his closing argument to the jury constitute prosecutorial misconduct in violation of the defendant's federal constitutional right to a fair trial?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16476.

*Jeremiah Donovan*, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided February 7, 2001